UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                              Civil No. 1:18-CV-142

vs.                                         Hon. Paul L. Maloney
                                                    United States District Judge

FOUR AMERICAN PIT BULL TERRIERS,

    Defendants.
_____/

## JUDGMENT OF FORFEITURE BY DEFAULT

This is before the Court on Plaintiff's Motion for Judgment of Forfeiture by Default. No person has come forth to contest forfeiture of the Four American Pit Bull Terriers, (hereinafter referred to as "Defendant Dogs"). Furthermore, it appears there is no duty of publication, and that due notice was given. Accordingly, the Court finds:

1.    That process was duly issued in this case and that the Defendant Dogs was duly seized by the United States Department of Agriculture- Office of Inspector General;

2.    That no individuals or business entities have filed a claim and answer to the Defendant Dogs;

3.    That the allegations of the Complaint are taken as admitted with respect to the Defendant Dogs;

Based upon the above and the Court being otherwise fully advised in the matter, it is hereby

**ORDERED AND ADJUDGED:**

1.    That judgment of forfeiture by default is hereby entered against the Defendant Dogs.

2.      That all persons claiming any right, title, or interest in, or to the Defendant Dogs are held in default.

3.      That the Defendant Dogs are hereby forfeited to the United States of America pursuant to 7 U.S.C. § 2156(f)   because they are animals involved in or used in an animal fighting venture, in violation of 7 U.S.C. §§ 2156(a) and (b).

4.      That all right, title, and interest in and to the Defendant Dogs are hereby condemned, forfeited, and vested in the United States of America and shall be disposed of by the United States Department of Agriculture-Office of Inspector General and/or United States Marshal Service according to applicable law and regulations.

Dated: April  5 , 2018

/s/ Paul L. Maloney
PAUL L. MALONEY
United States District Judge